**WALKER, HAMILTON & KOENIG, LLP**
Walter H. Walker, III (SB #63117)
Jeffrey S. Walker (SB #333335)
50 Francisco Street, Suite 460
San Francisco, CA 94133-2100
Tel: (415) 986-3339
Fax: (415) 986-1618

Attorneys for Plaintiff V.Y.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.Y., a minor, by and through her Guardian Ad Litem, Ludmila Yazykova,<br><br>Plaintiff,<br><br>v.<br><br>INSTANT BRANDS, INC., a Canadian Corporation, and DOES 1 to 100,<br><br>Defendants. | Case No. 3:20-cv-01084-MMC<br><br>~~PROPOSED~~ **ORDER** APPROVING STIPULATION OF DISMISSAL<br><br>Assigned to the Honorable Maxine M. Chesney |

**ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed in its entirety with prejudice.
2. Each party shall bear their own costs and attorney's fees.

**IT IS SO ORDERED**

Dated July 9, 2021

_____
Honorable Maxine M. Chesney
United States District Judge

---
3
**STIPULATION OF DISMISSAL AND PROPOSED ORDER**
**CASE NO. 3:20-cv-01084-MMC**